Greg A. Garbacz, Bar No. 167007
KLINEDINST PC
2 Park Plaza, Suite 1250
Irvine, California 92614
(949) 868-2600/FAX (714) 542-3592
ggarbacz@klinedinstlaw.com

Nadia P. Bermudez, Bar No. 216555
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
nbermudez@klinedinstlaw.com

Attorneys for Defendant, RELENTLESS SIBLINGS, LLC d/b/a TAPS FISH HOUSE & BREWERY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CRYSTAL REDICK, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RELENTLESS SIBLINGS, LLC d/b/a TAPS FISH HOUSE & BREWERY, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No. 8:22-cv-00972-DOC-KES<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Judge:　　Hon. David O. Carter |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff CRYSTAL REDICK and Defendant RELENTLESS SIBLINGS, LLC (the "Parties") have reached an agreement in principal to settle this action in full.

///

1  The Parties are in the process of drafting and executing a formal settlement
2  release and expect to complete the settlement and file a joint stipulation of dismissal
3  within the next 45 days.
4  Therefore, the Parties respectfully request that this Court continue the
5  scheduling conference presently on calendar for Monday, August 8, 2022 at 8:00
6  a.m. to a future date.

*Respectfully Submitted,*

KLINEDINST PC

DATED: August 5, 2022   By: ___/s/Nadia P. Bermudez___
                             Greg A. Garbacz
                             Nadia P. Bermudez
                             Attorneys for Defendant, RELENTLESS SIBLINGS, LLC d/b/a TAPS FISH HOUSE & BREWERY

WILSHIRE LAW FIRM

DATED: August 5, 2022   By: ___/s/ Binyamin I. Manoucheri___
                             Thiago M. Coelho
                             Binyamin I. Manoucheri
                             Attorneys for Plaintiff, CRYSTAL REDICK

21320684.1

Greg A. Garbacz, Bar No. 167007
KLINEDINST PC
2 Park Plaza, Suite 1250
Irvine, California 92614
(949) 868-2600/FAX (714) 542-3592
ggarbacz@klinedinstlaw.com

Nadia P. Bermudez, Bar No. 216555
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
nbermudez@klinedinstlaw.com

Attorneys for Defendant, RELENTLESS SIBLINGS, LLC d/b/a TAPS FISH HOUSE & BREWERY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CRYSTAL REDICK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RELENTLESS SIBLINGS, LLC d/b/a TAPS FISH HOUSE & BREWERY, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 8:22-cv-00972-DOC-KES<br><br>**PROOF OF SERVICE**<br><br>Judge:  Hon. David O. Carter |

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 501 West Broadway, Suite 600, San Diego, California 92101.

On August 5, 2022, I served true copies of the following document(s) described as **JOINT NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

Thiago Coelho
Binyamin Manoucheri
Wilshire Law Firm
3055 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90010

213-381-9988
Fax: 213-381-9989
thiago@wilshirelawfirm.com
binyamin@wilshirelawfirm.com

Attorneys for Plaintiff

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 5, 2022, at San Diego, California.

/s/ Faith Ann McGee
Faith A. McGee

KLINEDINST PC
2 PARK PLAZA, SUITE 1250
IRVINE, CALIFORNIA 92614