# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RELENTLESS SIBLINGS, LLC d/b/a TAPS FISH HOUSE & BREWERY, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 8:22-cv-00972-DOC-KES<br><br>*Assigned for all purposes to Hon. David O. Carter*<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)** [21]<br><br>Complaint Filed: May 11, 2022<br>Trial Date:　　None Set |

**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE**

IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Crystal Redick and Defendant Relentless Siblings, LLC's joint request that this Court enter a dismissal of the entire case, including all claims and causes of action, with prejudice, is GRANTED in full. Each party shall bear her or its own fees and costs.

IT IS SO ORDERED.

Dated: October 7, 2022

*David O. Carter*

HON. DAVID O. CARTER
U.S. DISTRICT COURT JUDGE

---

**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE**